# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-13-00453-CV

**J. B., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM 146TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
## AFFIRMED -- OPINION BY JUSTICE ROSE

**THIS CAUSE** came to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error in the trial court's order of termination. **IT IS THEREFORE** ordered that the order of termination of the trial court is in all things affirmed. It is **FURTHER** appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made, and that this decision be certified below for observance.